UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 10-CV-01805-LHK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST TO |
| v. | ) | VACATE CALENDARED DEADLINES |
| | ) | AND APPEARANCES |
| JUDITH ZAMORA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 17, 2010, Plaintiff filed a request for judicial notice of settlement and requested that all presently calendared deadlines and appearances be vacated.  Plaintiff stated that a Notice of Voluntary Dismissal would be filed with the Court promptly.  However, as of this date, no party has filed a notice of voluntary dismissal.  Accordingly, the Court denies the request to vacate calendared deadlines and appearances and will hold the Case Management Conference on September 15, 2010, as scheduled.  If the parties file a stipulation of voluntary dismissal before September 15, 2010, the Court will vacate the Case Management Conference.

**IT IS SO ORDERED.**

Dated: September 13, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1